IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CANDI-LEE WEEKS,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY F. JOHNSON, BILL DIAL, KRISTI CURTIS, KEVIN CONWAY, SHANE ERICKSON, CHASE GARNER, CHUCK STEARNS, BRIDGER KELCH, JOHN MUHFELD, BILL HILL, and BRIAN CARTER,<br><br>Defendants. | CV 16–161–M–DLC–JCL<br><br>ORDER |

Pro se Plaintiff Candi-Lee Weeks ("Weeks") filed her Complaint in this case on December 30, 2016. (Doc. 1). On June 6, 2017, Weeks filed a Motion for Default Judgment Against Hills Brothers Towing (Doc. 42) which United States Magistrate Judge Jeremiah C. Lynch construed as a Motion for Entry of Default Judgment against Bill Hill, a named defendant in this case. (Doc. 44.) Judge Lynch denied Weeks Motion. (*Id.*) In so doing, Judge Lynch notified Weeks that Bill Hill had not been properly served. (*Id.* at 3.) On October 13, 2017, this Court again notified Weeks that she had failed to serve Bill Hill and advised her that if she did not show good cause for this failure by October 27,

-1-

2017, her case would be dismissed. (Doc. 73 at 2.) Weeks has not responded to the Court's Order. Accordingly,

IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 4(m) for failure to show good cause for failing to properly serve Defendant Bill Hill.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter judgment in favor of the Defendants in this case.

DATED this 1st day of November, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court