UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CANDI-LEE; WEEKS,<br><br>  Plaintiff,<br><br>vs.<br><br>BRADLEY F. JOHNSON ET AL,<br><br>  Defendants. | Case No. CV-16-161-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED pursuant to Fed. R. Civ. P. 4(m) for failure to show good cause for failing to properly serve Defendant Bill Hill. Judgment is entered in favor of the Defendants.

Dated this 1st day of November, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A. Puhrmann
A. Puhrmann, Deputy Clerk